UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.B.,<br><br>           Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI,<br><br>           Defendant. | Case No. 20-cv-05352-JCS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME**<br><br>Re: Dkt. No. 24 |

The parties' stipulation for a third extension of time for Plaintiff's motion for summary judgment is GRANTED. Plaintiff shall file his motion no later than September 24, 2021. The parties are reminded that, absent unforeseeable circumstances, extensions should be requested well before the deadlines at issue.

No further extensions of this deadline will be granted as a matter of course. If Plaintiff requires additional time, the parties may request a case management conference to discuss an achievable schedule.

**IT IS SO ORDERED.**

Dated: August 10, 2021

JOSEPH C. SPERO
Chief Magistrate Judge